IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CASE NO. CR505-021 |
| v. | ) |
| | ) |
| JAMES "JABBER" LEE | ) |
| TODD SWEAT | ) |

## ORDER

In his Consolidated Discovery Motion, Defendant Sweat requested information about any informants. Said request is hereby **GRANTED**. The Government shall provide such information to Defendant Sweat at least seven (7) days prior to trial.

**SO ORDERED**, this 18th day of May, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)