**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR505-021 |
| | ) | |
| JAMES "JABBER" LEE | ) | |
| TODD SWEAT | ) | |

## O R D E R

The Court has been advised that all portions of the Consolidated Discovery Motion filed by Defendant Sweat have been resolved with the exception of his request concerning informants, and a request to examine an address book seized in the search of his home. Accordingly, all other portions of the Consolidated Discovery Motion are hereby **DISMISSED** as moot.

**SO ORDERED**, this _18th_ day of May, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)