IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CASE NO. CR505-021 |
| | ) |
| JAMES "JABBER" LEE | ) |
| TODD SWEAT | ) |

ORDER

The Court has been advised that all motions filed by Defendant Sweat have been resolved by the parties with the exception of a Motion to Suppress, a Consolidated Discovery Motion, and a Motion for Severance.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this 18th day of May, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)