IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -2  A 11: 28

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. CR505-021 |
| v. ) | |
| ) | |
| JAMES "JABBER" LEE ) | |
| TODD SWEAT ) | |

## ORDER

At the Motions hearing held on March 7, 2006, counsel for Defendant Todd Sweat announced that he desired to withdraw his Motion for Severance. Accordingly, the Motion for Severance filed by Defendant Sweat is **DISMISSED**.

**SO ORDERED**, this 2 day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)